**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: May 11, 2020

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE: **GENERAL NUTRITION INVESTMENT COMPANY vs. LAUREL SEASON, INC.**
Case Number: **2:20–CV–00691–MPK**

Dear Commissioner:

In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

JOSHUA C. LEWIS
CLERK OF COURT

By: /s/ **James Graves**
Deputy Clerk

Enclosures